HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
CRAIG HARBAUGH (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
DAVID ELAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ELAM, <br><br> Defendant. | Case No. CR-14-368-MMM <br><br> **UNOPPOSED *EX PARTE* REQUESTING AN ORDER GRANTING MODIFICATION FOR HOLIDAY TRAVEL** |

Defendant, David Elam, by and through his attorney of record, Craig A. Harbaugh hereby moves *ex parte* to modify his travel restrictions to permit a trip to and from Atlanta, Georgia from December 23, 2014 through December 29, 2014 to visit family over the holidays. The Government does not oppose the request.

This application is based upon the attached declaration of counsel.

Respectfully submitted,

HILARY POTASHNER
Acting Federal Public Defender

DATED: December 19, 2014     By  */s/ Craig Harbaugh*
                                  CRAIG HARBAUGH
                                  Deputy Federal Public Defender

# **DECLARATION OF CRAIG A. HARBAUGH**

I, Craig A. Harbaugh, hereby state and declare:

1. I am a Deputy Federal Public Defender and I have been appointed to represent Mr. Elam in the above matter.

2. The Court previously ordered him released subject to a number of conditions, including a restriction on travel to the Central District of California and Philadelphia, Pennsylvania.  This order was subsequently modified to include travel within the Eastern District of Pennsylvania for purposes of work.

3. Mr. Elam would like to visit his parents who live in Atlanta, Georgia over the Christmas holiday from December 23, 2014 through December 29, 2014.  Because he lacks the resources to pay for an airline ticket to Atlanta, he would like to drive to and from his home in Philadelphia to his parents' home in Atlanta.

4. On December 15, 2014, I sent an email message to U.S. Pretrial Services Officer Christopher Narcisi regarding the proposed modification.  On December 16, 2014, Officer Narcisi replied that his office does not oppose the modification provided that Mr. Elam provide his parent's address and contact information along with his travel itinerary.

5. On December 15, I sent an email message to Assistant United States Attorney Ryan White seeking the Government's position on the travel request.  AUSA White replied that the government has no objection to the modification provided that Mr. Elam be required to provide his itinerary to his pretrial services officer and check in on a periodic basis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  December 19, 2014                          /S/ Craig A. Harbaugh
                                                                        Craig A. Harbaugh

2