EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
RYAN WHITE (Cal. Bar No. 255201)
STEPHANIE CHRISTENSEN (Cal. Bar No. 236653)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2296/3756
     Facsimile: (213) 894-0141
     E-mail:    ryan.white@usdoj.gov
                Stephanie.christensen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>            v.<br><br>DAVID ELAM,<br><br>          Defendant. | No. CR 14-368-MMM<br><br>GOVERNMENT'S NOTICE OF INTENTION TO SUBMIT EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11); EXHIBITS A-M<br><br>Hearing Date: November 9, 2015<br>Hearing Time: 1:15 p.m.<br>Location:     Courtroom of the<br>              Hon. Margaret M.<br>              Morrow |

     Plaintiff, United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby gives notice of its intent to offer into evidence at trial certain domestic records of regularly conducted business activities (i.e., business records) pursuant to the procedures of Rule 902(11) of the Federal Rules of Evidence.

     As required by Federal Rule of Evidence 902(11), the government hereby submits such records for OkCupid, UGotPosted, Verizon

Wireless, Verizon, Google, and AT&T Internet Services, attached hereto as Exhibits A-M,[1] accompanied by the attached declarations of a custodian of record for each entity.[2]

The government submits that, in light of the Supreme Court's decision in Crawford v. Washington, 541 U.S. 36 (2004), the Court may review the declarations under Federal Rule of Evidence 104(a) to make the threshold determination of admissibility under Federal Rule of Evidence 902(11), but the declarations should not themselves be admitted into evidence.

In addition, the government also intends to introduce at trial evidence obtained by search warrant from OkCupid, Google, and Yahoo, and by subpoena or other process from Apple, addthis.com, motherless.com, and hardsextube.com, related to victim N.A.  The responsive documents have already been produced to the defense; however, the entities have not yet provided a custodian of records declaration for these results.  The government is working to obtain such declarations, and will submit them to the Court upon receipt. If the government is unable to obtain such declarations, and assuming no stipulation is reached, the government will call a custodian of record to testify at trial.  To that end, the government respectfully requests leave to supplement this notice as it may become necessary during the course of the trial in this matter.  The government also requests that the Court make the determination of admissibility in

---

[1] Exhibits A-J pertain to victim N.A.  Exhibits K-M pertain to victim M.V., which records are the subject of a separate motion brought pursuant to Federal Rules of Evidence 404(b), 608, and 607.

[2] The government has redacted personal identifying information from these documents for purposes of this public filing.

advance of the commencement of trial to facilitate the compulsion of the appearance of custodians of records, if necessary.

Dated: October 19, 2015

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, Criminal Division


          /s/
RYAN WHITE
STEPHANIE CHRISTENSEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA