# EXHIBIT A

Basic Info:
----------
User: nee_coal
Userid: 8594790586680559343
Password:
+BZQgKUMOBUCLAga+8kgS/46zj2xavd1  t/iZBMnGE WQpgvwNwYjIwScDqjWP2XtmvUV7t4WlH  mYgLrp7U
ShAIw==
Emails: ███████████ @gmail.com
Join Date: 2013-05-09 08:08:48
Login Count: 94
Last Login: 2013-05-09 21:06:03
Birth Date: 1988-02-11
Gender: Female
Orientation: Straight
Age: 25
Location: Santa Monica, CA 90401
Spamadmin Approved: YES
Status: BLACKLIST
Acct Level: AMATEUR
Moddate:  2013-05-10 10:56:05
Delete reason: 10.32.151.26 : Alice: set blacklist from superadmin


Photos:
------
http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/14434392058_
740212468.jpg

http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/11270940338_
358867318.jpg  (inactive)

http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/72452035405_
24575334.jpg  (inactive)

http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/31593523828_
2501594.jpg  (inactive)

http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/11283064884_
717063203.jpg  (inactive)

http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/54578375656_
51400845.jpg  (inactive)

http://cdn.okccdn. com/php/load_okc_i mage.php/images/65535x65535/6553_5x65535/0/73843142604_
00065562.jpg  (inactive)


Nee_coal - Page **1** of **4**

ELAM 3449

Essays:
------
I moved to Santa Monica to start law school. It's keeping me much busier than I'd thought possible but when I do have spare time, I like to make the most of it.

plotting to takeover

cooking, being overly competitive, playing catch, sleeping past my alarm clock, going on an adventure!

my big... brain.

Books: The Alchemist, Snuff, Animal Farm, The Pact, The Help, James Patterson... suggestions, please?<br />
<br />
TV: The Wire, Dexter, Two and a Half Men, Weeds, Family Guy, Louis, anything on Investigation Discovery or the History channel. I'd really love to catch up on Mad Men, Breaking Bad and True Blood... one day. Sportscenter when there's nothing else on.<br />
<br />
Music: NIN, Biggie, Adele, A Tribe Called Quest, Nirvana, The Black Keys, The Roots, Amy Winehouse, Hendrix, Snoop, The Steve Miller Band, Shwayze and Pearl Jam. That being said, my iPod is considerably out of date.<br />
<br />
Food: Thai, Italian, Sushi... I eat anything! Except I'm not a huge fan of lobster, or squid.

Lululemon shorts<br />
Wings and beer (specifically Yuengling)<br />
Intelligent conversation/wit<br />
My phone<br />
Avocados<br />
Rainbow sandals

Baseball, social norms...<br />
<br />
How I'm going to make money ever while trying to save the world!?

Out with my friends. In with my friends. Doing something involving wine and/or beer. Reading.

Sometimes I pee in the shower. But only my own shower. And only when I'm alone.

Nee_coal - Page **2** of **4**

ELAM 3450

Login History:
-------------

```
2013-05-09 08:08:48     108.4.173.180
2013-05-09 08:08:49     108.4.173.180
2013-05-09 08:39:17     108.4.173.180
2013-05-09 09:08:42     108.4.173.180
2013-05-09 09:09:28     108.4.173.180
2013-05-09 09:11:55     108.4.173.180
2013-05-09 09:39:29     108.4.173.180
2013-05-09 09:42:44     166.137.83.183
2013-05-09 10:17:19     108.4.173.180
2013-05-09 10:47:44     108.4.173.180
2013-05-09 11:11:55     166.137.83.183
2013-05-09 11:15:39     108.4.173.180
2013-05-09 11:19:16     108.4.173.180
2013-05-09 11:42:53     166.137.83.183
2013-05-09 11:56:35     166.137.88.16
2013-05-09 12:06:53     108.4.173.180
2013-05-09 12:06:54     108.4.173.180
2013-05-09 12:12:08     108.4.173.180
2013-05-09 12:23:55     108.4.173.180
2013-05-09 12:27:26     108.4.173.180
2013-05-09 12:27:29     108.4.173.180
2013-05-09 12:29:43     108.4.173.180
2013-05-09 12:31:46     108.4.173.180
2013-05-09 12:31:50     108.4.173.180
2013-05-09 12:50:45     108.4.173.180
2013-05-09 12:53:18     108.4.173.180
2013-05-09 12:59:31     166.137.88.15
2013-05-09 13:02:45     166.137.88.28
2013-05-09 13:05:11     166.137.88.28
2013-05-09 14:29:55     108.4.173.180
2013-05-09 14:30:02     108.4.173.180
2013-05-09 14:35:59     166.137.83.183
2013-05-09 14:36:00     166.137.88.20
2013-05-09 14:52:07     166.137.88.37
2013-05-09 14:57:08     166.137.88.22
2013-05-09 14:59:46     166.137.88.22
2013-05-09 15:07:50     166.137.88.26
2013-05-09 15:36:33     166.137.83.183
2013-05-09 15:36:34     166.137.88.39
2013-05-09 15:52:02     166.137.88.27
2013-05-09 16:08:52     166.137.88.39
2013-05-09 16:16:12     166.137.83.183
2013-05-09 16:16:14     166.137.88.20
2013-05-09 16:26:58     166.137.88.27
2013-05-09 16:33:00     166.137.83.183
```

ELAM 3451

| | |
|---|---|
| 2013-05-09 16:34:20 | 166.137.88.48 |
| 2013-05-09 16:35:22 | 166.137.88.48 |
| 2013-05-09 17:04:42 | 108.4.173.180 |
| 2013-05-09 17:05:49 | 108.4.173.180 |
| 2013-05-09 17:09:37 | 108.4.173.180 |
| 2013-05-09 17:23:43 | 108.4.173.180 |
| 2013-05-09 17:24:15 | 108.4.173.180 |
| 2013-05-09 17:24:17 | 108.4.173.180 |
| 2013-05-09 18:41:06 | 108.4.173.180 |
| 2013-05-09 18:41:13 | 108.4.173.180 |
| 2013-05-09 18:47:10 | 108.4.173.180 |
| 2013-05-09 18:50:54 | 108.4.173.180 |
| 2013-05-09 19:17:19 | 108.4.173.180 |
| 2013-05-09 19:17:21 | 108.4.173.180 |
| 2013-05-09 19:24:10 | 108.4.173.180 |
| 2013-05-09 19:33:38 | 108.4.173.180 |
| 2013-05-09 19:42:06 | 108.4.173.180 |
| 2013-05-09 19:45:57 | 108.4.173.180 |
| 2013-05-09 19:47:22 | 108.4.173.180 |
| 2013-05-09 19:51:30 | 108.4.173.180 |
| 2013-05-09 19:54:38 | 108.4.173.180 |
| 2013-05-09 19:55:50 | 108.4.173.180 |
| 2013-05-09 19:55:51 | 108.4.173.180 |
| 2013-05-09 19:57:51 | 108.4.173.180 |
| 2013-05-09 19:58:51 | 108.4.173.180 |
| 2013-05-09 20:01:07 | 108.4.173.180 |
| 2013-05-09 20:02:09 | 108.4.173.180 |
| 2013-05-09 20:03:52 | 108.4.173.180 |
| 2013-05-09 20:04:27 | 108.4.173.180 |
| 2013-05-09 20:10:52 | 108.4.173.180 |
| 2013-05-09 20:13:18 | 108.4.173.180 |
| 2013-05-09 20:16:22 | 108.4.173.180 |
| 2013-05-09 20:16:55 | 108.4.173.180 |
| 2013-05-09 20:16:58 | 108.4.173.180 |
| 2013-05-09 20:17:25 | 108.4.173.180 |
| 2013-05-09 20:26:09 | 108.4.173.180 |
| 2013-05-09 20:26:17 | 108.4.173.180 |
| 2013-05-09 20:29:13 | 108.4.173.180 |
| 2013-05-09 20:33:48 | 108.4.173.180 |
| 2013-05-09 20:35:59 | 108.4.173.180 |
| 2013-05-09 20:48:22 | 108.4.173.180 |
| 2013-05-09 20:49:05 | 108.4.173.180 |
| 2013-05-09 20:49:29 | 108.4.173.180 |
| 2013-05-09 20:53:59 | 108.4.173.180 |
| 2013-05-09 20:54:00 | 108.4.173.180 |
| 2013-05-09 20:54:09 | 108.4.173.180 |
| 2013-05-09 21:06:03 | 108.4.173.180 |

ELAM 3452

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _Laurie Latshaw_ , hereby declare as follows:
(name)

(1)  I am a custodian of records for _Humor Rainbow, Inc._ ,
(name of business or entity)

and in that capacity am knowledgeable about the matters set
forth herein.

(a)  My job title/position is: _Sr. Paralegal of Match.com, LLC, a sister company_

(b)  I have been employed in this capacity for _7 yrs_
(duration)

and by the aforementioned business/entity for _7 yrs_ .
(duration)

(c)  My job duties are: _Sr. Paralegal and responsible for subpoena compliance for Match.com, LLC & related companies, including Humor Rainbow, Inc._

(d)  I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the aforementioned
business/entity ~~based upon (check all that apply):~~

[X] Training.

[ ] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[ ] Supervision of one or more others with hands-on
experience.

[ ] Other.  Describe:

(2)   Attached hereto or enclosed herewith are ~~originals/~~ (true and correct duplicates) of a record or records of a regularly conducted activity of the business or entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)   I certify that the attached record(s):

(a) was/were made at or near the time of the occurrence of the matters set forth therein,

(b) was/were made by, or from information transmitted by, a person with knowledge of those matters;

(c)   was/were kept in the course of the regularly conducted activity;

(d)   was/were made by and in the course of the regularly conducted activity as a regular practice;

(e)   if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.   Dated _August 15 2013_ _____ and

(date document was signed)

executed at _Dallas Texas_ _____.

(place document was signed)

_Laurie Latshaw_
(signature)

_Laurie Latshaw_
(typed or printed name)

ELAM 3448

# EXHIBIT B

| Submitted form data | ☐ Show empty fields | | Additional information | |
|---|---|---|---|---|
| **Your E-Mail** | oneIconcerned@yahoo.com | | **Date** | 7:31 pm 06/25/2013 |
| **Full Name (Who are they?)** | N███ A█████ | | **Form** | Post Nudes |
| **Location (City, State, Country)** | Santa Monica, CA, USA | | **Entry ID** | 7138 |
| **Age (Only 18+)** | 25 | | **Form URL** | http://ugotposted.com/post/ |
| **Facebook Link** | https://www.facebook.com/profile.php?id=████████ | | **Referring URL** | http://ugotposted.com/category/california/ |
| **Other Links (Twitter, Tumblr, Etc.)** | N████ ████ instagram | | **IP address** | 212.117.180.65 |
| **Tags** | pepperdine, chubby, blonde, upenn | | **Post / page ID** | 9390 |
| **Terms** | I have read and agree to YouGotPosted.com's <a href="http://yougotposted.com/terms" target="_blank">Terms of Use</a> I CONFIRM THAT I AM AT LEAST <strong><u>18 YEARS OLD</u></strong> AND THE PERSON BEING POSTED WAS AT LEAST <strong><u>18 YEARS OLD</u></strong> AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE <a href="http://yougotposted.com/2257/2257-form.pdf" target="_blank">2257 RECORDS</a> UPON REQUEST.<span class="required"> | | **Post / page title** | Post Nudes |
| | | | **User WordPress display name** | |
| | | | **User WordPress email** | |
| | | | **User WordPress login** | |
| **Pictures and Videos** | 1_img_1155.JPG<br>1_img_1154.jpg<br>1_img_0871.jpg<br>1_6353484939144500755.jpg<br>1_img_0877.jpg<br>1_15088728481895841094.jpeg | | | |

| Submitted form data | | Show empty fields | Additional information | |
|---|---|---|---|---|
| **Your E-Mail** | onelconcerned@yahoo.com | | **Date** | 5:18 am 06/25/2013 |
| **Full Name (Who are they?)** | N██████ A██████ | | **Form** | Post Nudes |
| **Location (City, State, Country)** | Santa Monica, CA, USA | | **Entry ID** | 7100 |
| **Age (Only 18+)** | 25 | | **Form URL** | http://ugotposted.com/post/ |
| **Facebook Link** | https://www.facebook.com/profile.php?id=████ | | **Referring URL** | http://ugotposted.com/ |
| **Other Links (Twitter, Tumblr, Etc.)** | n███ aa██████ - instagram, @nee_coal- twitter | | **IP address** | 108.4.175.242 |
| **Tags** | Pepperdine Law, UPenn, blonde, chubby | | **Post / page ID** | 9390 |
| **Terms** | I have read and agree to YouGotPosted.com's <a href="http://yougotposted.com/terms" target="_blank">Terms of Use</a> I CONFIRM THAT I AM AT LEAST <strong><u>18 YEARS OLD</u></strong> AND THE PERSON BEING POSTED WAS AT LEAST <strong><u>18 YEARS OLD</u></strong> AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE <a href="http://yougotposted.com/2257/2257-form.pdf" target="_blank">2257 RECORDS</a> UPON REQUEST.<span class="required"> | | **Post / page title** | Post Nudes |
| | | | **User WordPress display name** | |
| | | | **User WordPress email** | |
| | | | **User WordPress login** | |
| **Pictures and Videos** | 635348493914450755.jpg img_1575.jpg img_0875.jpg img_0871.jpg img_0873.jpg img_0877.jpg 15088728481895841094.jpeg | | | |

| Submitted form data | | Show empty fields ☐ | Additional information | |
|---|---|---|---|---|
| **Your E-Mail** | ▮▮▮▮▮@gmail.com | | **Date** | 6:39 pm 05/13/2013 |
| **Full Name (Who are they?)** | N▮▮▮ A▮▮▮▮ | | **Form** | Post Nudes |
| **Location (City, State, Country)** | Santa Monica, CA, USA | | **Entry ID** | 5339 |
| **Facebook Link** | https://www.facebook.com/n▮▮▮ a▮▮▮▮ | | **Form URL** | http://ugotposted.com/post/ |
| **Other Links (Twitter, Tumblr, Etc.)** | http://www.linkedin.com/pub/n▮▮▮-a▮▮▮▮/▮▮▮▮ | | **Referring URL** | http://ugotposted.com/category/video/ |
| **Tags** | Pepperdine Law, UPenn | | **IP address** | 108.44.64.18 |
| **Terms** | I have read and agree to YouGotPosted.com's <a href="http://yougotposted.com/terms" target="_blank">Terms of Use</a> I CONFIRM THAT I AM AT LEAST <strong><u>18 YEARS OLD</u></strong> AND THE PERSON BEING POSTED WAS AT LEAST <strong><u>18 YEARS OLD</u></strong> AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE <a href="http://yougotposted.com/2257/2257-form.pdf" target="_blank">2257 RECORDS</a> UPON REQUEST.<span class="required"> | | **Post / page ID** | 9390 |
| | | | **Post / page title** | Post Nudes |
| | | | **User WordPress display name** | |
| | | | **User WordPress email** | |
| **Pictures and Videos** | img_1575.jpg<br>img_0875.jpg<br>img_0871.jpg<br>img_0873.jpg<br>img_0877.jpg<br>6353484939144500755.jpeg<br>14911831500109717886.jpeg<br>7099260719964380700.jpeg<br>18438988238959665449.jpeg | | **User WordPress login** | |

| | | | | |
|---|---|---|---|---|
| **Your E-Mail** | N████ A████ ████@█mail 7:23 am 06/04/2013 | | **Form** | Post Nudes |
| **Full Name (Who are they?)** | N███ Aa███ | | **Entry ID** | 6222 |
| **Location (City, State, Country)** | Santa Monica, CA, USA | | **Form URL** | http://ugotposted.com /post/ |
| **Age (Only 18+)** | 25 | | **Referring URL** | http://ugotposted.com/ |
| **Facebook Link** | https://www.facebook.com/profile.php?id=███████████ ██████████████ | | **IP address** | 108.44.73.227 |
| **Other Links (Twitter, Tumblr, Etc.)** | @nee_coal | | **Post / page ID** | 9390 |
| **Tags** | chubby, law school, upenn, blonde, bbw | | **Post / page title** | Post Nudes |
| **Terms** | I have read and agree to YouGotPosted.com's <a href="http://yougotposted.com/terms" target="_blank">Terms of Use</a> I CONFIRM THAT I AM AT LEAST <strong><u>18 YEARS OLD</u></strong> AND THE PERSON BEING POSTED WAS AT LEAST <strong><u>18 YEARS OLD</u></strong> AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE <a href="http://yougotposted.com/2257/2257-form.pdf" target="_blank">2257 RECORDS</a> UPON REQUEST.<span class="required"> | | **User WordPress display name** | |
| | | | **User WordPress email** | |
| | | | **User WordPress login** | |
| **Pictures and Videos** | 2_img_0877.jpg<br>1_img_0664.jpg<br>2_img_0873.jpg<br>2_img_0871.jpg<br>img_0819.jpg<br>1_img_0820.jpg | | | |

| Submitted form data | | ☐ Show empty fields | | Additional information | |
|---|---|---|---|---|---|
| **Your E-Mail** | ▇▇▇▇▇▇@gmail.com | | | **Date** | 7:00 am 06/04/2013 |
| **Full Name (Who are they?)** | N▇ A▇ | | | **Form** | Post Nudes |
| **Location (City, State, Country)** | Santa Monica, CA, USA | | | **Entry ID** | 6221 |
| **Age (Only 18+)** | 25 | | | **Form URL** | http://ugotposted.com/post/ |
| **Facebook Link** | https://www.facebook.com/profile.php?id=▇▇▇▇▇▇ | | | **Referring URL** | http://ugotposted.com/ |
| **Other Links (Twitter, Tumblr, Etc.)** | @nee_coal | | | **IP address** | 108.44.73.227 |
| **Tags** | chubby, law school, upenn, blonde, bbw | | | **Post / page ID** | 9390 |
| **Terms** | I have read and agree to YouGotPosted.com's <a href="http://yougotposted.com/terms" target="_blank">Terms of Use</a> I CONFIRM THAT I AM AT LEAST <strong><u>18 YEARS OLD</u></strong> AND THE PERSON BEING POSTED WAS AT LEAST <strong><u>18 YEARS OLD</u></strong> AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE <a href="http://yougotposted.com/2257/2257-form.pdf" target="_blank">2257 RECORDS</a> UPON REQUEST.<span class="required"> | | | **Post / page title** | Post Nudes |
| | | | | **User WordPress display name** | |
| | | | | **User WordPress email** | |
| | | | | **User WordPress login** | |
| **Pictures and Videos** | 6353484939144500755.jpg img_1575.jpg 1_img_0875.jpg 1_img_0871.jpg 1_img_0873.jpg | | | | |

## Submitted form data

☐ Show empty fields

| | |
|---|---|
| **Your E-Mail** | [redacted]@gmail.com |
| **Full Name (Who are they?)** | N[redacted] A[redacted] |
| **Location (City, State, Country)** | Santa Monica, CA, USA |
| **Age (Only 18+)** | 25 |
| **Facebook Link** | https://www.facebook.com/profile.php?id=[redacted] |
| **Other Links (Twitter, Tumblr, Etc.)** | @nee_coal |
| **Tags** | bbw, blonde, fat, pepperdine, upenn, nicole aaronson |
| **Terms** | I have read and agree to YouGotPosted.com's <a href="http://yougotposted.com/terms" target="_blank">Terms of Use</a> I CONFIRM THAT I AM AT LEAST <strong><u>18 YEARS OLD</u></strong> AND THE PERSON BEING POSTED WAS AT LEAST <strong><u>18 YEARS OLD</u></strong> AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE <a href="http://yougotposted.com/2257/2257-form.pdf" target="_blank">2257 RECORDS</a> UPON REQUEST.<span class="required"> |
| **Pictures and Videos** | naaupenn.mp4<br>img_0877.jpg<br>img_0664.jpg<br>img_0873.jpg<br>img_0871.jpg<br>img_0820.jpg |

## Additional information

| | |
|---|---|
| **Date** | 6:47 am 06/04/2013 |
| **Form** | Post Nudes |
| **Entry ID** | 6219 |
| **Form URL** | http://ugotposted.com/post/ |
| **Referring URL** | http://ugotposted.com/ |
| **IP address** | 108.44.73.227 |
| **Post / page ID** | 9390 |
| **Post / page title** | Post Nudes |
| **User WordPress display name** | |
| **User WordPress email** | |
| **User WordPress login** | |

# DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _**KEVIN BOLLAERT**_ , hereby declare as follows:
(name)

(1) I am a custodian of records for _**YOU GOT POSTED**_ Ugotposted.com
(name of business or entity)

and in that capacity am knowledgeable about the matters set

forth herein.

    (a) My job title/position is: _Admin_

    (b) I have been employed in this capacity for ___1 year___
(duration)

and by the aforementioned business/entity for ___1 year___ .
(duration)

    (c) My job duties are:

        Website Administration

        Records Keeping

    (d) I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the aforementioned
business/entity based upon (check all that apply):

      [✓] Training.

      [✓] Familiarity with relevant policy/policies.

      [✓] Hands-on experience.

      [✓] Supervision of one or more others with hands-on
experience.

      [ ] Other. Describe:

(2)  Attached hereto or enclosed herewith are *originals/ true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)  I certify that the attached record(s):

(a)  was/were made at or near the time of the occurrence of the matters set forth therein,

(b)  was/were made by, or from information transmitted by, a person with knowledge of those matters;

(c)  was/were kept in the course of the regularly conducted activity;

(d)  was/were made by and in the course of the regularly conducted activity as a regular practice;

(e)  if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  Dated ___7/5/13___ and
<span>(date document was signed)</span>

executed at ___1765 Garnet Ave #27 San Diego, CA 92109___
<span>(place document was signed)</span>

_____
(signature)

KEVIN  BOLLAERT
(typed or printed name)

# EXHIBIT C

| Searched-Value | Account Number | Last Name | First Name | Middle Name | Business Name | Addr Line1 | Addr Line2 | Addr Line3 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 540580█ | 942010█ | | | | MORRIS ELAM LIMTED PARTNERSHIP | █████ | | | SALEM | VA | 241534934 |

| Contact Last Name | Contact First Name | Contact Middle Initial | Phone No.1 | Phone Type1 | Phone No.2 | Phone Type2 | Addr Line1 | Addr Line2 | Addr Line3 | City | State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ELAM | MORRIS | | 540389█ | H | 540389█ | W | ████████ | | | SALEM | VA |

| Zip Code | Country | mtn | Original Set-Up Date | Disconnect Date | Type |
|---|---|---|---|---|---|
| 241534934 | USA | 540580█████ | 3/27/2013 | | Postpay |

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, MIchael Rozyla _____ , hereby declare as follows:
     (name)

(1) I am a custodian of records for Verizon Wireless _____ ,
                                    (name of business or entity)

and in that capacity am knowledgeable about the matters set

forth herein.

     (a) My job title/position is: Subpoena Processor

     (b) I have been employed in this capacity for 1o years
                                                    (duration)

and by the aforementioned business/entity for 12 Years _____ .
                                                (duration)

     (c) My job duties are: PRocessing subpoena,warrants for state and federal ,local

     law enforcement personnel. and attorneys

     (d) I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the aforementioned
business/entity based upon (check all that apply):

          [ X ] Training.

          [ ] Familiarity with relevant policy/policies.

          [ X ] Hands-on experience.

          [ ] Supervision of one or more others with hands-on
experience.

          [ ] Other. Describe:

(2)   Attached hereto or enclosed herewith are *originals/*

*true and correct duplicates* of a record or records of a

regularly conducted activity of the business or entity named

above.

(Circle either "originals" or "true and correct duplicates" and
strike out the other term.)


(3)   I certify that the attached record(s):

     (a) was/were made at or near the time of the occurrence of
the matters set forth therein,


     (b) was/were made by, or from information transmitted by, a
person with knowledge of those matters;


     (c)  was/were kept in the course of the regularly conducted
activity;


     (d)  was/were made by and in the course of the regularly
conducted activity as a regular practice;

     (e)  if not original records, are exact duplicates of
original records.

     I declare under penalty of perjury that the foregoing is


true and correct.   Dated  09/19/2013                          and
                           (date document was signed)

executed at  Bedminster NJ 07921                              .
                    (place document was signed)


                              Michael Rozyla
                                  (signature)


                              Michael Rozyla
                              (typed or printed name)

# EXHIBIT D



June 17, 2013

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

Re: ███████████████████████████ FBI Los Angeles signed 6/11/2013
        Verizon Case ID: 13370067

IP Session Logs are reflected in GMT

IP Address: 108.4.173.180
Start Time: 2013-05-06 14:33:55Z Stop Time: 2013-05-10 09:47:06Z

VOL Account Number: 013844427███
Account Creation Date: 02/25/2013

Business Name:    MORRIS ELAM RENTALS L
Customer Name:    MORRIS ELAM RENTALS L
Account Address:  ███████████████
                  SALEM, VA 24153

Daytime TN: 67849████
Payment Method: LECBilling

Business Dynamic HSI /540389███ Active
VOL User ID: biz1███
VOL User Name: morriselam████████
Sub Account 1: res1████████
Sub Account 2: biz1█████/

ELAM 3552

6/17/2013 3:07:10 PM          VZLC CG          325-949-6916          Page 4



June 17, 2013

**Legal Compliance**
**TXD01613**
**2701 S. Johnson St.**
**San Angelo, TX 76904**
**Voice: 888-483-2600**
**Fax 325-949-6916**

Re: ███████████████████████ FBI Los Angeles signed 6/11/2013
Verizon Case ID: 13370067

### Business Records Affidavit

I, <u>Christine Gardener</u>, being duly sworn under the penalty of perjury, depose and say: I am a United States citizen over the age of 18. I am the custodian of records for Verizon, and in that capacity, I certify that the records included are true and accurate copies of the records created from the information maintained by Verizon in the regular course of business.

It is Verizon's ordinary practice to maintain such records, and that said records were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters. Such records were made by Verizon as a regular practice.
I further state that this certification is intended to satisfy Rule 902(11) and 803(6) of the Federal Rules of Evidence.

I have provided SA Leroy Shelton, the subscriber records as requested to include, IP session logs for 108.4.173.180, name, address, account number, type, account creation date, primary telephone number, User ID and email addresses for subscriber named on the response document.
In accordance with Title 28, United States Code, Section 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed on <u>June 17, 2013</u>

*Christine Gardener*

Christine Gardener, Consultant Net Ops
Verizon Legal Compliance

ELAM 3553

The attached fax was received from UnknownFaxMachine on 6/17/2013 at 10:04:46 AM

JobID: 489559

ELAM 3554

# EXHIBIT E



July 2, 2013

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

Re: ███████████████████████ FBI Los Angeles California signed 6/28/2013
    Verizon Case ID:  13371865

**IP Session Logs are reflected in GMT**

IP Address:  108.44.65.61
Start Time: 2013-05-10 09:47:11Z Stop Time: 2013-05-11 22:24:29Z

VOL Account Number: 013844427███
Account Creation Date: 02/25/2013

Business Name:     MORRIS ELAM RENTALS L
Customer Name:    MORRIS ELAM RENTALS L
Account Address:   ████████████
                   SALEM, VA 24153

Daytime TN: 67849███
Payment Method: LECBilling  (included on local telephone bill)

Business Dynamic HSI /540389███ Active
VOL User ID: biz1███
VOL User Name: ████████████
Sub Account 1: res1██
Sub Account 2: biz1███

ELAM 3555



**July 2, 2013**

**Legal Compliance**
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

Re: ███████████████████ FBI Los Angeles California signed 6/28/2013
Verizon Case ID: 13371865

### Business Records Affidavit

I, Christine Gardener, being duly sworn under the penalty of perjury, depose and say: I am a United States citizen over the age of 18. I am the custodian of records for Verizon, and in that capacity, I certify that the records included are true and accurate copies of the records created from the information maintained by Verizon in the regular course of business.

It is Verizon's ordinary practice to maintain such records, and that said records were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters. Such records were made by Verizon as a regular practice.
I further state that this certification is intended to satisfy Rule 902(11) and 803(6) of the Federal Rules of Evidence.

I have provided SA Leroy Shelton, the subscriber records as requested to include, IP session logs for 108.44.65.61, name, address, telephone number, account number & creation date, account type, User ID and User Name for subscriber Morris Elam Rentals named on the response documentation.

In accordance with Title 28, United States Code, Section 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed on **July 2, 2013**

*Christine Gardener*

Christine Gardener, Consultant Net Ops
Verizon Legal Compliance

# EXHIBIT F

Verizon
Legal Compliance

**verizon**

July 11, 2013

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX  76904
Voice: 888-483-2600
Fax 325-949-6916

Re: United States District Court, for the Central District of California, ███████████:
████████████████████ (Verizon Case: 13372744)

**Session Details (Times Are GMT/UTC-0000)**
IP Address:            108.44.64.18
Start Time:            2013-05-11 22:24:36Z
Stop Time:            2013-05-14 15:38:06Z
Duration:              2d 17h 13m 30s

**Subscriber Information**
VOL Account Number:    013844427███
Solutions for Business Dynamic HSI 2 Year/540389███ Active
Account Creation Date:  02/25/2013
Business Name:          MORRIS ELAM RENTALS L
Customer Name:          MORRIS ELAM RENTALS L MORRIS ELAM
RENTALS L
Account Address:        ██████████████
                        SALEM, VA 24153
Daytime TN:             678490█
Primary TN:             540389████████
EMail:                  █████████████@VERIZON.NET
Payment Method:         LECBilling

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | biz1██e2 | ████████ |
| Sub1 | res1██5b | |
| Sub2 | biz1██6y | |

**Session Details (Times Are GMT/UTC-0000)**
IP Address:            108.44.73.227
Start Time:            2013-04-20 04:53:12Z
Stop Time:            2013-05-08 23:54:59Z
Duration:              18d 19h 1m 47s

**Subscriber Information**

Page 1 of 2 -- 13372744 - Records

ELAM 3556

VOL Account Number:        00647135 ███
Change to Extra -Triple Freedom Bundle/5407251887 Active
Account Creation Date:     12/11/2006
Portal Choice:             YAHOO
Customer Name:             KIMBERLY MARLOWE
Account Address:           ████████████
                           Roanoke, VA 240185849
Daytime TN:                540725 ███
Payment Method:            LECBilling

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | ████████████ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF RECORDS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 2 of 2 – 13372744 - Records

ELAM 3557

VERIZON LEGAL COMPLIANCE
P O BOX 1001

SAN ANGELO, TX 76902 - 1001
888-483-2600

July 11, 2013

FBI LOS ANGELES
11000 WILSHIRE BLVD
STE 1700
LOS ANGELES, CA 90024

Case number: 13372744

Please note - The attached legal request is being returned for the following reason(s):

(x) A reasonably diligent search of our files revealed no documents, records or other materials responsive to the ▮▮▮▮ request, for the IP Address 108.4.175.242 for the date and time in the above listed ▮▮▮▮▮.

Very truly yours,
J . CRAUMER
Verizon Legal Compliance

ELAM 3558

VERIZON LEGAL COMPLIANCE
P O BOX 1001

SAN ANGELO, TX 76902 - 1001
888-483-2600

July 11, 2013

FBI LOS ANGELES
11000 WILSHIRE BLVD
STE 1700
LOS ANGELES, CA 90024

Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓ (Verizon Case: 13372744)

I, JASON CRAUMER, being duly sworn, deposes and says:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business

2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

_Jason Craumer_
JASON CRAUMER,
7/11/2013

ELAM 3559

# EXHIBIT G

**Verizon**
**Legal Compliance**



July 19, 2013

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

Re: United States District Court, for the Central District of California, ████████████████
████████████ Dated July 17, 2013 (Verizon Case: 13373772)

**Session Details (Times Are GMT/UTC-0000)**
IP Address:                    108.44.73.227
Start Time:                    2013-05-27 13:55:53Z
Stop Time:                     2013-06-06 04:27:20Z
Duration:                      9d 14h 31m 27s

IP Address:                    108.4.175.242
Start Time:                    2013-06-21 15:50:20Z
Stop Time:                     2013-06-28 14:27:02Z
Duration:                      6d 22h 36m 41s

**Subscriber Information**
VOL Account Number:            0138444275018
Solutions for Business Dynamic HSI 2 Year/540389████ Active
Account Creation Date:         02/25/2013
Business Name:                 MORRIS ELAM RENTALS L
Customer Name:                 MORRIS ELAM RENTALS L MORRIS ELAM
RENTALS L
Account Address:               ████████████████
                               SALEM, VA 24153
Daytime TN:                    678490████
EMail:                         ████████████████████@VERIZON.NET
Payment Method:                LECBilling

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | | |
| Sub1 | | |
| Sub2 | | |

*****************************END OF RECORDS*****************************

Page 1 of 1 – 13373772 - Records



**VERIZON SECURITY SUBPOENA COMPLIANCE**
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax 888-667-0028

October 19, 2015

FBI LOS ANGELES
11000 WILSHIRE BLVD STE 1700
LOS ANGELES CA 90024

**Verizon Case #: 13373772**
**Docket / File #:** ████████████

STATE OF MARYLAND )

ss:

COUNTY OF BALTIMORE)

I, JASON CRAUMER, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached <u>1</u> pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business

2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

_____

JASON CRAUMER

# EXHIBIT H

**Verizon**
**Legal Compliance**

August 29, 2013

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

Re: United States District Court, for the Central District of California, ███████████
███████ Dated August 28, 2013 (Verizon Case: 13378582)

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Session Details (Times Are GMT/UTC-0000)**
IP Address:          108.4.171.205
Start Time:          2013-07-15 14:18:09Z
Stop Time:           2013-07-28 01:12:24Z
Duration:            12d 10h 54m 15s

**Subscriber Information**
VOL Account Number:    013844427███
Solutions for Business Dynamic HSI 2 Year/540389████Active
Account Creation Date:  02/25/2013
Business Name:          MORRIS ELAM RENTALS L
Customer Name:          MORRIS ELAM RENTALS L MORRIS ELAM RENTALS L
Account Address:        ███████████████
                        SALEM, VA 24153
Daytime TN:             678490███
Evening TN:             678490███
EMail:                  ██████████████@VERIZON.NET
Payment Method:         LECBilling

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | ███████████ | |
| Sub1 | | |
| Sub2 | | |

*******************************END OF RECORDS*******************************

# verizon

VERIZON SUBPOENA COMPLIANCE
2701 S. JOHNSON ST
SAN ANGELO TX 7690
Phone: 888-483-2600 Fax:325-949-691f

Verizon
Legal Compliance

October 19, 2015

FBI LOS ANGELES
11000 WILSHIRE BLVD STE 1700
LOS ANGELES CA 90024

**Verizon Case #: 13378582**
**Docket / File #:** █████████

Re: United States District Court, for the Central District of California, █████████
█████████ Dated August 28, 2013 (Verizon Case: 13378582)

(STATE OF VIRGINIA)

ss:

(COUNTY OF LOUDOUN)

I, REX LOONEY, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached 1 page of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.

2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

Rex Looney
CSLT-NETWORK OPERATIONS
Verizon Security Assistance Team

# EXHIBIT I

**Verizon**
**Legal Compliance**



October 3, 2013

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX  76904
Voice: 888-483-2600
Fax 325-949-6916

Re: United States District Court, for the Central District of California, ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ Dated October 2, 2013, and Letter from FBI, Dated October 3, 2013 (Verizon Case:
13416751)

**Session Details (Times Are GMT/UTC-0000)**
IP Address:        108.4.165.87
Start Time:        2013-06-30 00:16:25Z
Stop Time:         2013-07-03 16:25:49Z
Duration:          3d 16h 9m 23s

IP Address:        108.44.65.206
Start Time:        2013-06-28 14:27:06Z
Stop Time:         2013-06-30 00:16:21Z
Duration:          0d 33h 49m 15s

**Subscriber Information**
VOL Account Number:   013844427▮▮▮▮
Solutions for Business Dynamic HSI 2 Year/540389▮▮▮▮Active
Account Creation Date:  02/25/2013
Business Name:          MORRIS ELAM RENTALS L
Customer Name:          MORRIS ELAM RENTALS L MORRIS ELAM RENTALS L
Account Address:        ▮▮▮▮▮▮▮▮▮
                        SALEM, VA 24153
Daytime TN:             67849▮▮▮
Evening TN:             67849▮▮▮
EMail:                  ▮▮▮▮▮▮▮▮@VERIZON.NET

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | | |
| Sub1 | | |
| Sub2 | | |

*******************************END OF RECORDS*******************************

The attached fax was received from UnknownFaxMachine on 10/3/2013 at 2:58:42 PM

JobID: 511205

**verizon**

VERIZON SUBPOENA COMPLIANCE
2701 S. JOHNSON ST
SAN ANGELO TX 7690·
Phone: 888-483-2600 Fax:325-949-691f

**Verizon**
**Legal Compliance**

October 19, 2015

FBI LOS ANGELES
11000 WILSHIRE BLVD STE 1700
LOS ANGELES CA 90024

**Verizon Case #: 13416751**
**Docket / File #:** ▮

Re: United States District Court, for the Central District of California, ▮
▮ Dated October 2, 2013, and Letter from FBI, Dated October 3, 2013 (Verizon Case:
13416751)

(STATE OF VIRGINIA)

ss:

(COUNTY OF LOUDOUN)

I, REX LOONEY, being duly sworn, depose and say:

1.  I am the custodian of records for Verizon, and in that capacity, I certify that the
    attached 1 page of records are true and accurate copies of the records created
    from the information maintained by Verizon in the actual course of business.

2.  It is Verizon's ordinary practice to maintain such records, and that said records
    were made contemporaneously with the transaction and events stated therein, or
    within a reasonable time thereafter.

REX LOONEY
CSLT-NETWORK OPERATIONS
Verizon Legal Compliance

# EXHIBIT J



June 4, 2014

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX  76904
Voice: 888-483-2600
Fax 325-949-6916

Re: ███████████ of the United States District Court for the Central District of
California ███████████, dated June 2, 2014 Verizon ID:  14155228

## Session Details (Times are GMT)

IP Address:      108.4.172.27
Start Time:      2013-09-17 16:57:46Z
Stop Time:       2013-09-20 22:51:21Z

IP Address:      108.44.78.5
Start Time:      2013-09-22 21:07:26Z
Stop Time:       2013-09-28 15:10:37Z

## Subscriber Information

VOL Account Number:      013844427█████
Account Creation Date:   02/25/2013
Business Name:           MORRIS ELAM RENTALS L
Customer Name:           MORRIS ELAM RENTALS L MORRIS ELAM RENTALS L
Account Address:         ███████████
                         SALEM, VA 24153
Daytime TN:              678490███ Ext:
Evening TN:              678490███ Ext:
EMail:                   ███████████@VERIZON.NET
Solutions for Business Dynamic HSI 2 Year/5403895572 Active

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | | |
| Sub1 | | |
| Sub2 | | |

**************************END OF RECORDS**************************

The attached fax was received from UnknownFaxMachine on 6/3/2014 at 6:10:41 PM

JobID: 558548

**verizon**✓

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

October 19, 2015

FBI LOS ANGELES
11000 WILSHIRE BLVD
STE 1700
LOS ANGELES, CA 90024

**Verizon Case #: 14155228**
**Docket/File#:** ███████

STATE OF VIRGINIA

ss:

COUNTY OF LOUDOUN

I, Laura Barron, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.

2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

Laura R. Barron
Laura R. Barron
CSLT-NETWORK OPERATIONS
Verizon Security Assistance Team

# EXHIBIT K

############### * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION

Name: M█████ V█
e-Mail: ████████89@gmail.com
Status: Enabled
Services: Calendar, Docs, Doritos, Gmail, Google me, Google profile, Has
plusone, Lso provider, Oz, Personalized homepage, Picasa, Pp 2012, Search
history, Sites, Talk, Transliteration, Voice, Youtube
Secondary e-Mail: ████████@gmail.com
Created on: 2012/01/28-11:29:40-UTC
IP: 65.13.1.4, on 2012/01/28-11:29:40-UTC
Language Code: en
SMS: +140421█████ [US]
Other Usernames: ████████89@gmail.com

No user IP logs data

############### * Google Confidential and Proprietary * ###############

ELAM 06307





Google Inc
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
Fax  650.249.3429
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services to its subscribers, including Gmail, its free email service and Google Plus (+), its free social networking service.

3.      Attached is a true and correct copy of 1 page(s) of data pertaining to the Gmail account-holder(s) associated with Google Plus (+) ID *101109537234129000*  with Internal Ref. No. 63115-232690 ("Document").

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Emmie Tran*
LIS
_____
(Signature of Records Custodian)

Date: June 4, 2012


        Emmie Tran
(Name of Records Custodian)

ELAM 06308

# EXHIBIT L

############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION

Name: M█████ V█████
e-Mail: █████████89@gmail.com
Status: Enabled
Services: Calendar, Docs, Doritos, Gmail, Google me, Google profile, Has
plusone, Lso provider, Oz, Personalized homepage, Picasa, Pp 2012, Search
history, Sites, Talk, Transliteration, Voice, Youtube
Secondary e-Mail: █████████@gmail.com
Created on: 2012/01/28-11:29:40-UTC
IP: 65.13.1.4, on 2012/01/28-11:29:40-UTC
Language Code: en
SMS: +1404213████ [US]
Other Usernames: █████████89@gmail.com

| Date/Time                | Event  | IP              |
|--------------------------|--------|-----------------|
| 2012/02/05-07:13:30-UTC  | Login  | 65.13.1.4       |
| 2012/02/05-07:13:29-UTC  | Login  | 65.13.1.4       |
| 2012/02/05-04:25:36-UTC  | Login  | 80.237.226.76   |
| 2012/02/05-03:45:28-UTC  | Login  | 65.13.1.4       |
| 2012/02/05-03:30:35-UTC  | Login  | 65.13.1.4       |
| 2012/02/05-03:30:34-UTC  | Login  | 65.13.1.4       |
| 2012/02/04-18:50:43-UTC  | Login  | 65.13.1.4       |
| 2012/02/04-18:50:41-UTC  | Login  | 65.13.1.4       |
| 2012/02/04-18:48:18-UTC  | Login  | 199.48.147.35   |
| 2012/02/04-16:20:59-UTC  | Login  | 109.163.233.200 |
| 2012/02/04-02:42:27-UTC  | Login  | 85.93.218.204   |
| 2012/02/03-22:03:46-UTC  | Logout | 217.115.137.222 |
| 2012/02/03-22:02:29-UTC  | Login  | 217.115.137.222 |
| 2012/02/03-15:37:44-UTC  | Logout | 93.114.40.75    |
| 2012/02/03-15:36:45-UTC  | Login  | 93.114.40.75    |
| 2012/02/03-07:26:54-UTC  | Login  | 74.120.12.135   |
| 2012/02/03-02:10:28-UTC  | Login  | 199.48.147.41   |
| 2012/02/03-01:39:06-UTC  | Logout | 173.254.216.66  |
| 2012/02/02-22:48:43-UTC  | Login  | 93.115.241.2    |
| 2012/02/02-22:15:23-UTC  | Logout | 85.24.188.130   |
| 2012/02/02-21:59:33-UTC  | Login  | 216.52.242.13   |
| 2012/02/02-21:52:40-UTC  | Login  | 89.253.105.39   |
| 2012/02/02-21:39:59-UTC  | Logout | 80.79.23.92     |
| 2012/02/02-19:34:28-UTC  | Login  | 87.236.194.158  |
| 2012/02/02-19:03:30-UTC  | Login  | 81.170.234.182  |
| 2012/02/02-18:57:05-UTC  | Logout | 87.225.253.174  |
| 2012/02/02-17:26:34-UTC  | Login  | 46.165.196.182  |
| 2012/02/02-01:20:48-UTC  | Login  | 81.170.234.182  |

ELAM 06312

| | | |
|---|---|---|
| 2012/02/01-23:43:29-UTC | Login  | 85.223.65.238 |
| 2012/02/01-23:33:26-UTC | Logout | 146.185.23.179 |
| 2012/02/01-22:56:13-UTC | Login  | 62.113.219.5 |
| 2012/02/01-22:02:08-UTC | Login  | 93.182.132.103 |
| 2012/02/01-21:42:08-UTC | Logout | 173.254.216.66 |
| 2012/02/01-21:42:04-UTC | Logout | 173.254.216.66 |
| 2012/02/01-21:38:02-UTC | Login  | 173.254.216.66 |
| 2012/02/01-21:25:17-UTC | Logout | 65.13.1.4 |
| 2012/02/01-21:12:19-UTC | Login  | 135.196.0.10 |
| 2012/02/01-20:52:09-UTC | Logout | 146.185.23.179 |
| 2012/02/01-20:41:34-UTC | Login  | 199.48.147.39 |
| 2012/02/01-20:13:48-UTC | Login  | 85.64.101.4 |
| 2012/02/01-20:09:46-UTC | Logout | 85.64.101.4 |
| 2012/02/01-20:08:57-UTC | Login  | 85.64.101.4 |
| 2012/02/01-20:08:20-UTC | Logout | 85.64.101.4 |
| 2012/02/01-19:46:57-UTC | Logout | 94.19.12.244 |
| 2012/02/01-19:16:49-UTC | Login  | 146.185.23.179 |
| 2012/02/01-18:30:47-UTC | Login  | 199.48.147.36 |
| 2012/02/01-18:30:45-UTC | Login  | 199.48.147.36 |
| 2012/02/01-18:14:53-UTC | Logout | 178.63.97.34 |
| 2012/02/01-18:14:38-UTC | Login  | 178.63.97.34 |
| 2012/02/01-18:11:56-UTC | Logout | 178.63.97.34 |
| 2012/02/01-17:48:52-UTC | Login  | 65.13.1.4 |
| 2012/02/01-16:46:56-UTC | Login  | 89.248.174.73 |
| 2012/02/01-16:38:21-UTC | Logout | 173.254.216.66 |
| 2012/02/01-16:36:01-UTC | Login  | 173.254.216.66 |
| 2012/02/01-08:16:53-UTC | Login  | 146.185.23.179 |
| 2012/02/01-07:18:57-UTC | Logout | 89.248.174.73 |
| 2012/02/01-06:52:28-UTC | Login  | 199.21.114.118 |
| 2012/02/01-04:01:46-UTC | Login  | 96.44.163.75 |
| 2012/02/01-03:52:36-UTC | Logout | 96.44.163.76 |
| 2012/02/01-03:41:36-UTC | Login  | 84.55.117.251 |
| 2012/02/01-03:19:12-UTC | Login  | 77.247.181.163 |
| 2012/02/01-03:15:25-UTC | Logout | 77.247.181.163 |
| 2012/02/01-03:07:36-UTC | Login  | 93.182.132.103 |
| 2012/02/01-03:01:36-UTC | Logout | 74.120.15.150 |
| 2012/02/01-02:47:31-UTC | Login  | 194.145.200.128 |
| 2012/02/01-02:43:41-UTC | Logout | 194.145.200.128 |
| 2012/02/01-02:33:05-UTC | Login  | 199.48.147.35 |
| 2012/02/01-02:20:21-UTC | Logout | 72.14.176.204 |
| 2012/02/01-02:10:04-UTC | Login  | 78.46.177.39 |
| 2012/02/01-01:49:08-UTC | Logout | 83.133.106.73 |
| 2012/02/01-01:41:37-UTC | Login  | 146.185.23.179 |
| 2012/02/01-01:38:23-UTC | Logout | 173.254.192.36 |
| 2012/02/01-01:29:07-UTC | Logout | 178.217.184.147 |
| 2012/02/01-01:24:36-UTC | Login  | 31.172.30.4 |

```
2012/02/01-01:20:54-UTC     Logout          31.172.30.4
2012/02/01-01:18:16-UTC     Login           31.172.30.4
2012/02/01-01:15:53-UTC     Logout          31.172.30.4
2012/02/01-01:10:06-UTC     Login           146.185.23.179
2012/01/31-23:49:27-UTC     Logout          65.13.1.4
2012/01/31-22:01:44-UTC     Login           65.13.1.4
2012/01/31-21:53:41-UTC     Logout          65.13.1.4
2012/01/31-19:50:29-UTC     Login           65.13.1.4
2012/01/31-19:33:15-UTC     Logout          65.13.1.4
2012/01/31-16:54:22-UTC     Login           216.52.242.14
2012/01/31-16:51:04-UTC     Login           216.52.242.14
2012/01/31-16:48:08-UTC     Login           65.13.1.4
2012/01/31-04:40:18-UTC     Logout          65.13.1.4
2012/01/31-02:27:24-UTC     Login           65.13.1.4
2012/01/31-02:22:07-UTC     Logout          65.13.1.4
2012/01/31-01:59:54-UTC     Login           65.13.1.4
2012/01/31-01:57:44-UTC     Logout          65.13.1.4
2012/01/31-00:58:09-UTC     Login           65.13.1.4
2012/01/31-00:56:39-UTC     Logout          65.13.1.4
2012/01/31-00:24:27-UTC     Login           65.13.1.4
2012/01/31-00:19:37-UTC     Logout          65.13.1.4
2012/01/30-19:43:27-UTC     Login           65.13.1.4
2012/01/30-19:02:49-UTC     Logout          65.13.1.4
2012/01/30-18:22:53-UTC     Login           65.13.1.4
2012/01/30-18:22:49-UTC     Login           65.13.1.4
2012/01/30-18:22:24-UTC     Login           65.13.1.4
2012/01/30-16:17:24-UTC     Logout          65.13.1.4
2012/01/30-16:16:34-UTC     Login           65.13.1.4

############## * Google Confidential and Proprietary * ##############
```

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



email: legal-support@google.com
fax  650.249.3429
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services to its subscribers, including Gmail, its free email service.  Google does not verify any personal information that is submitted by a user at the time of a Gmail account creation.

3.      Attached is a true and correct copy of 3 page(s) of data pertaining to the Gmail account-holder(s) identified as ████████89 with Internal Ref. No. 63115-214131 ("Document").

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


_____
(Signature of Records Custodian)

Date: March 7, 2012


Jessica Waldie
(Name of Records Custodian)

**ELAM 06311**

# EXHIBIT M

AT&T MO92-02          4/3/2012 8:42:37 AM   PAGE   4/007   Fax Server

## IP Assignment Details

| Date & Time (GMT/UTC) | Record | Username | Assigned IP |
|---|---|---|---|
| 01/29/2012 02:42:21 | Start | ███ @bellsouth.net | 65.13.1.4 |
| 01/30/2012 17:18:47 | Stop | ███ @bellsouth.net | 65.13.1.4 |

## dke1_atl@bellsouth.net User Lookup Results

**>Account Type (MPS)**
dke1_atl@bellsouth.net is an Enabled PPP login - dke1_atl@bellsouth.net is the primary Email ID for Carol Elam

**>Contact Information (MCDB)**

| | |
|---|---|
| **Name** | Carol Elam |
| **Start Date** | 08-25-2001 |
| **Stop Date** | N/A |
| **Status** | Service is Active |
| **Service ID** | 61741███ |
| **Customer ID** | 61731███ |
| **PPP Login** | ███ @bellsouth.net |
| **Email Login** | ███ @bellsouth.net |
| **Plan** | FastAccess DSL Xtreme |
| **Phone** | **Home** 40453███ **DSL** 40453███ |
| **Address Line 1** | ███ |
| **City, ST ZIP** | SANDY SPRINGS, GA 30328 |

**>BST Account Information for 4045319735**

| | |
|---|---|
| **btnNum** | 404531███ |
| **addressName** | CAROL ELAM |
| **addressLine1** | ███ |
| **addressCity** | ATLANTA |
| **usStateAbbr** | GA |
| **addressZip** | 303282782 |
| **taxCode** | AAAAAAAA |
| **tarCode** | 524701 |
| **billCycle** | 04 |
| **creationDate** | Mon Aug 07 00:00:00 EDT 2000 |
| **businessUnit** | R00 |
| **rao** | 035 |
| **number** | 404531973█ |
| **billAcctNum** | 404531973█ |
| **status** | OPEN |
| **type** | RESIDENCE |

*AT&T Internet Services*                              1

**ELAM 06332**

**>Feature List (MCDB)**

| Bill Plan Start Date | 08-07-2005 |
|---|---|
| Primary Bill Plan | 9079 (**FastAccess DSL Xtreme**)<br>Login<br>DSL 3.0<br>25 MB Mailbox<br>Standard Modem |
| Secondary Bill Plans | 4004 (**ADSL Installation**)<br>DSL Installation<br>4144 (**Single Static IP for FA Con**)<br>Static IP Single |

**Primary Bill Plan Description:**

$37.95 per month FastAccess Xtreme service includes 1 dial-up account, 1 primary and 10 additional mailboxes, and 15MB Personal Web space.

**>QIP Results (Static IP Address Provisioning)**

| Service ID | User ID | IP Assignment | Pool Name | Date Modified |
|---|---|---|---|---|
| 61741 | dke1_atl | 65.13.1.4/32 | csp00asm | 06-05-2004_16:44:35 |

**>MPS & Email Provisioning**

-**Carol Elam**

| handle | dke1_atl |
|---|---|
| domain | bellsouth.net |
| email | @bellsouth.net |
| bizRes | R |
| status | Enabled |
| system_of_record | BLS |

**ELAM 06333**

AT&T MO92-02          4/3/2012 8:42:37 AM  PAGE   6/007   Fax Server

## Business Records Certification

I, **Andrew Houtz**, the undersigned, hereby declare:

1. I am a United States citizen and over eighteen years of age.

2. I am employed by AT&T as Internet Legal Compliance Manager.  My job responsibilities include retrieving AT&T Internet Services records responsive to legal process for such records.

3. AT&T was served with legal process for business records described there in.  A copy of the legal process is attached.

4. The following are responsive:
   a) Attached hereto is a true copy of the available records described in the legal process.
   b) Attached hereto is a true copy of the results of our search, assembly, and production.

5. I affirm these records:
   a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b) were kept in the course of the regularly conducted activity; and
   c) were made by the regularly conducted activity as a regular practice.

This declaration was made in the State of Georgia and I affirm, under penalty of perjury, that the foregoing is true and correct.

Executed on 4/3/2012

**Andrew Houtz**
Manager, Internet Legal Compliance
AT&T Internet Services
575 Morosgo Drive NE, Suite 5D42
Atlanta, GA 30324
404-499-5217

ELAM 06334