HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CRAIG HARBAUGH (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
DAVID ELAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ELAM,<br><br>　　　　Defendant. | Case No. CR 14-368-MMM<br><br>***EX PARTE* APPLICATION TO ADVANCE HEARING ON THIRD PARTY'S MOTION TO QUASH SUBPOENAS** |

Defendant, David Elam, by and through his attorney of record Craig Harbaugh hereby applies *ex parte* this Honorable Court to advance the hearing regarding Third Party's Motion to Quash Subpoenas Duces Tecum (Dkt. 57) to February 15, 2016 at 1:30 p.m.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　HILARY POTASHNER
　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: February 4, 2016　　　By　*/s/ Craig A. Harbaugh*
　　　　　　　　　　　　　　　　　CRAIG A. HARBAUGH

**DECLARATION OF CRAIG A. HARBAUGH**

I, Craig A. Harbaugh, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I represent David Elam in the above matter.

2. This case was previously assigned to United States District Judge Margaret M. Morrow. On November 3, 2015, the Court continued the trial until April 12, 2016. In addition, the Court continued the hearing for all pending motions until March 14, 2016. On January 5, 2016, the case was transferred to the United States District Judge Manuel L. Real. On January 7, 2016, this Court re-set the hearing for the Government's Motion in Limine to Preclude Certain Inadmissible Evidence at Trial (Dkt. 60) and Government's Motion in Limine for Admission of Evidence Regarding Victim (Dkt 61) to March 21, 2016. The Court did not indicate whether Third Party's Motion to Quash (Dkt 57),[1] which still remains pending, was also continued to March 21st.

3. Regardless of the actual date, delaying the pending quashal motion until three or four weeks before trial will thwart Elam's ability to present a defense and likely result in the need for a continuance. If the Court denies the quashal motion, Elam's counsel will be entitled to review substantial records material to his defense. The defense will require significant time to review such records as well as conduct additional investigation that would likely not be completed just a month before trial. Accordingly, the defense respectfully hearing date of February 16, 2016 to resolve the quashal motion.

---

[1] Third Party filed a pleading entitled "Opposition to Defendant's Ex Parte Application for Early Return Subpoenas Duces Tecum." Dkt. 57. The Court construed this pleading as a Motion to Quash. Dkt. 58.

2

4.      On February 3, 2016, I sent an email message to Seth Gold, one of the attorneys of record for Third Party, asking whether she was available for a hearing on February 16, 2016 at 1:30 p.m.  Mr. Gold responded that if he or Cassandra Jones (another attorney with his firm) are the attorneys who would be appearing for the matter, the proposed hearing date works for them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2016, at Los Angeles, California.

*/s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH